**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| EMERALD CASINO, INC., | ) | 02 B 22977 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | District Court No. 11-cv-04714 |
| FRANCES GECKER, not individually | ) | Hon. Rebecca R. Pallmeyer |
| but solely as chapter 7 trustee for the | ) | |
| bankruptcy estate of Emerald Casino, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD F. FLYNN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**CERTAIN DEFENDANTS' MOTION FOR
JUDGMENT AS A MATTER OF LAW ON COUNTS I & II**

Defendants Kevin F. Flynn, John P. McMahon, Joseph F. McQuaid, Kevin D. Larson, and Walter P. Hanley ("Certain Defendants"), by their attorneys, hereby move the Court to enter Judgment as a Matter of Law in their favor on Count I (Breach of Fiduciary Duty) and Count II (Breach of Contract) of the Third Amended Complaint. As explained in Section II.A of Certain Defendants' Post-Trial Memorandum, the fiduciary duty claim is barred by the statute of limitations. As explained in Section II.B of Certain Defendants' Post-Trial Memorandum, the breach of contract claim is barred by *res judicata*. As explained in Section II.C of Certain Defendants' Post-Trial Memorandum, these Defendants are not parties to the contract they allegedly breached and therefore cannot be liable for its breach.

Furthermore, should the Court find that some relief is warranted, for the reasons set forth in Section II.D of Certain Defendants' Post-Trial Memorandum, Certain Defendants move that the Court find that joint and several liability is not appropriate.

WHEREFORE, for the reasons set forth in Certain Defendants' Post-Trial Memorandum, Certain Defendants respectfully request that this Court enter Judgment as a Matter of Law in favor of Certain Defendants on Counts I & II of the Trustee's Third Amended Complaint.

Dated: May 1, 2013

    Respectfully submitted,

    KEVIN F. FLYNN, JOHN P. MCMAHON, JOSEPH F. MCQUAID, KEVIN D. LARSON, and WALTER P. HANLEY

By: /s/ John N. Gallo
    One of Their Attorneys

Constantine L. Trela
John N. Gallo
Michael C. Andolina
Thomas R. Heisler
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
P: (312) 853-7000
F: (312) 853-7036

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, I electronically filed the foregoing **CERTAIN DEFENDANTS' MOTION FOR JUDGEMENT AS A MATTER OF LAW ON COUNTS I & II** with the Clerk of Court using the CM/ECF system, and that I sent a copy via e-mail to the following:

Robert L. Graham
Catherine Steege
Keri L. Holleb Hotaling
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
T: (312) 222-9350
F: (312) 527-0484

Mathew J. Piers
Joshua Karsh
Cara A. Hendrickson
HUGHES, SOCOL, PIERS, RESNICK & DYM LTD.
70 W. Madison Street
Chicago, IL 60602
T: (312) 580-0100
F: (312) 580-1994

Andrew A. Jacobson
BROWN, UDELL, POMERANTZ & DELRAHIM, LTD.
1332 North Halsted St.
Suite 100
Chicago, IL 60642
T: (312) 475-9900

William P. Smith
Steven S. Scholes
Nathan F. Coco
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606

C. Barry Montgomery
Theodore Low
WILLIAMS MONTGOMERY & JOHN, LTD.
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606

                                                  /s/ John N. Gallo
                                                  John N. Gallo