IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCES GECKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:11−cv−04714 |
| | ) | |
| DONALD F. FLYNN, et al., | ) | Honorable Rebecca R. Pallmeyer |
| | ) | |
| Defendants. | ) | |

**JUDGMENT ORDER**

Based upon the Memorandum Opinion and Order of this Court dated September 30, 2014 [Dkt. 285] and the Memorandum Opinion and Order of this Court dated April 21, 2015 [Dkt. 365] and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of the Plaintiff, Frances Gecker, not individually but as Trustee for Emerald Casino, Inc. (the "Trustee") and against the Estate of Kevin F. Flynn (the "Kevin Flynn Estate") on Count II (breach of contract) in the amount of $45,333,333.33, with post-judgment interest running from the date of this Judgment Order at the rate established by 28 U.S.C. § 1961. Judgment is entered in favor of the Trustee on Counts III (11 U.S.C. §502(d)) and VI (Claims Disallowance). All of Kevin F. Flynn Estate's Proofs of Claim filed against the Emerald bankruptcy estate, including but not limited to Claim Numbers 78, 82 and 91 on the Bankruptcy Court's Claims Docket, are hereby temporarily disallowed pursuant to 11 U.S.C. §502(d) until such time as the Estate of Kevin F. Flynn pays the judgment amount awarded herein in full. Claim Number 91 is permanently reduced to $782,010.48 and the balance of the

claim is disallowed.  Judgment is entered in favor of the Estate of Kevin F. Flynn and against the Trustee on Counts I (breach of fiduciary duty) and IV (equitable subordination).

      2.      The Court hereby concludes that there is no just cause for delay of an appeal with respect to the Estate of Kevin F. Flynn.  *See Curtiss-Wright Corp. v. Gen'l Elec. Co.*, 446 U.S. 1, 7-8 (1980).  This Court hereby certifies the judgments contained herein for immediate appeal to the Seventh Circuit Court of Appeals pursuant to Rule 54(b).

DATED: January 12, 2016                                      ENTERED:

_____
Rebecca R. Pallmeyer
United States District Judge