**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EMERALD CASINO, INC. | ) | Bankr. Case No. 02 B 22977 |
| | ) | |
| Debtor. | ) | District Case No. 11-cv-04714 |
| | ) | |
| | ) | |
| | ) | Judge Rebecca R. Pallmeyer |

## SATISFACTION OF JUDGMENT

Frances Gecker, not individually but as Trustee for Emerald Casino, Inc., hereby files this Satisfaction of Judgment stating that the Judgment entered by this Court on October 17, 2017, in favor of the Trustee and against Defendant John P. McMahon [Dkt.636], is completely and fully satisfied.

Date: January 11, 2021

FRANCES GECKER, not individually
but as Trustee for Emerald Casino, Inc.

By: */s/ Catherine Steege*
    One of her Attorneys

| | |
|---|---|
| Catherine Steege (ARDC #6183529) | Matthew J. Piers (ARDC #2206161) |
| Keri L. Holleb Hotaling (ARDC #6272431) | Chirag Badlani (ARDC # 6308523) |
| JENNER & BLOCK LLP | HUGHES, SOCOL, PIERS, RESNICK & DYM LTD. |
| 353 N. Clark Street | 70 W. Madison Street |
| Chicago, IL 60654 | Chicago, IL 60602 |
| Telephone: 312-222-9350 | Telephone: 312-580-0100 |
| Facsimile: 312-527-0484 | Facsimile: 312-580-1994 |